UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-60073-LEIBOWITZ/AUGUSTIN**
CASE NO. _____

18 U.S.C. § 1709

UNITED STATES OF AMERICA

v.

KEVIN ETIENNE,

    Defendant.
_____/

FILED BY ___BM___ D.C.

Mar 27, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Theft of Mail Matter by a Postal Service Employee
### (18 U.S.C. § 1709)

On or about February 3, 2025, in Broward County, in the Southern District of Florida, the defendant,

**KEVIN ETIENNE,**

being a Postal Service officer and employee, did knowingly embezzle any letter and mail, and any article and thing contained therein that is, letters addressed to others, which had been entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any person employed in any department of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

## COUNT 2
## Theft of Mail Matter by a Postal Service Employee
## (18 U.S.C. § 1709)

On or about February 5, 2025, in Broward County, in the Southern District of Florida, the defendant,

### KEVIN ETIENNE,

being a Postal Service officer and employee, did knowingly embezzle any letter and mail, and any article and thing contained therein that is, letters addressed to others, which had been entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any person employed in any department of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

## COUNT 3
## Theft of Mail Matter by a Postal Service Employee
## (18 U.S.C. § 1709)

On or about February 12, 2025, in Broward County, in the Southern District of Florida, the defendant,

### KEVIN ETIENNE,

being a Postal Service officer and employee, did knowingly embezzle any letter and mail, and any article and thing contained therein that is, letters addressed to others, which had been entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any person employed in any department of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

## COUNT 4
**Theft of Mail Matter by a Postal Service Employee**
**(18 U.S.C. § 1709)**

On or about February 14, 2025, in Broward County, in the Southern District of Florida, the defendant,

**KEVIN ETIENNE,**

being a Postal Service officer and employee, did knowingly embezzle any letter and mail, and any article and thing contained therein that is, letters addressed to others, which had been entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any person employed in any department of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

[REMAINDER INTENTIONALLY LEFT BLANK]

## COUNT 5
### Theft of Mail Matter by a Postal Service Employee
### (18 U.S.C. § 1709)

On or about February 18, 2025, in Broward County, in the Southern District of Florida, the defendant,

**KEVIN ETIENNE,**

being a Postal Service officer and employee, did knowingly embezzle any letter and mail, and any article and thing contained therein that is, letters addressed to others, which had been entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any person employed in any department of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

A TRUE BILL

FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
DANIEL ROSENFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-60073-LEIBOWITZ/AUGUSTIN**

v.

KEVIN ETIENNE,

**CERTIFICATE OF TRIAL ATTORNEY**

/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __1__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: /s/ Daniel Rosenfeld
Daniel Rosenfeld
Assistant United States Attorney
SDFL Court ID No. A5503081

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Kevin Etienne

**Case No**:

Counts #: 1–5

Theft of Mail Matter By a Postal Service Employee

Title 18, United States Code, Section 1709
* **Max. Term of Imprisonment:** Five years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.